OPINION — AG — ** COURTHOUSE — IMPROVEMENTS — COUNTY COMMISSIONERS ** THE BOARD OF COUNTY COMMISSIONERS HAVE THE AUTHORITY TO CONTRACT FOR A DOOR TO BE PLACED IN A PARTITION BETWEEN ROOMS IN THE COURTHOUSE WHICH ARE BEING CONVERTED INTO OFFICE. (OFFICE SPACE, MAINTENANCE, CONSTRUCTION, REPAIR, AUTHORITY, FUNDS) CITE: 19 O.S. 1 [19-1], 19 O.S. 3 [19-3], OPINION NO. MAY 26, 1945 — KELLY (JAMES P. GARRETT)